

# NUMBER 13-21-00321-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**VETS SECURING AMERICA, INC.,**                                             **Appellant,**

**v.**

**EDWARD SMITH,**                                                               **Appellee.**

---

## On appeal from the County Court at Law No. 2
## of Nueces County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Longoria
Memorandum Opinion by Chief Justice Contreras**

This is an interlocutory appeal of the trial court's September 14, 2021 order denying a "Motion to Reinstate Stay of Trial Proceedings." Appellant Vets Securing America, Inc. has filed a motion to dismiss the appeal under Texas Rule of Appellate Procedure 42.1(a). The motion states that appellee Edward Smith is unopposed to the

motion and that dismissal would not prevent appellee from seeking relief to which he would otherwise be entitled.

This Court, having considered appellant's unopposed motion, is of the opinion that the motion to dismiss should be granted. Accordingly, the motion is granted and the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1). Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Because the appeal is dismissed at appellant's request, no motion for rehearing will be entertained.

DORI CONTRERAS
Chief Justice

Delivered and filed the
13th day of January, 2022.